**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-4357**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARNOLD LORENZO PAIGE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-97-340-V)

─────────────

Submitted:  May 23, 2000          Decided:  September 15, 2000

─────────────

Before MURNAGHAN,[*] NIEMEYER, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

G. Bruce Park, LANGE & PARK, Charlotte, North Carolina, for Appellant.  Mark T. Calloway, United States Attorney, Kenneth M. Smith, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

[*] Judge Murnaghan participated in the consideration of this case but died prior to the time the decision was filed.  The decision is filed by a quorum of the panel pursuant to 28 U.S.C. section 46(d).

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arnold Lorenzo Paige appeals his jury convictions and resulting sentences for crimes committed in relation to Paige's robbery of a United States Post Office.  We affirm the convictions and sentences.

Paige argues the court erred in admitting fingerprint evidence and in admitting testimony presented by the Government's expert witness in latent fingerprint examination.  We have reviewed the record and find the court did not abuse its discretion in admitting the evidence.  See United States v. Patterson, 150 F.3d 382, 387 (4th Cir. 1998), cert. denied, 525 U.S. 1086 (1999).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED